JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Joy Barrett*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOY BARRETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FPI MANAGEMENT, INC., a California corporation,<br><br>Defendant. | Case No.: 3:25-cv-00641-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>**(THIRD REQUEST)** |

Plaintiff Joy Barrett, by and through her counsel of record, Greenberg Gross LLP, and Defendant FPI Management, Inc., by and through its counsel of record, O'Hagan Meyer PLLC, hereby stipulate and agree as follows:

1. The current deadline for the parties to file dispositive motions, including any motion for summary judgment, is November 5, 2026.
2. The parties are actively engaged in settlement discussions and wish to conserve party and judicial resources in advance of the dispositive motions deadline.

3. The parties have conferred and agree to extend the dispositive motions deadline to allow those settlement discussions to continue.
4. This is the third request to extend the dispositive motions deadline.
5. This stipulation is made in good faith and not for purposes of undue delay.

IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to file dispositive motions, including any motion for summary judgment, is extended to and including **December 6, 2026**.

Dated this 27th day of October, 2026.

*/s/ Michael A. Burnette*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

*/s/ Jeff Winchester*
JEFF WINCHESTER
Nevada Bar No. 10279
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: October 27, 2026